## Commonwealth *v.* Carter, Appellant.

Argued June 11, 1970.

*John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The district attorney being in agreement with appellant's position, the judgment of sentence is reversed, and a new trial granted.

## Commonwealth *v.* Davis, Appellant.

Submitted June 8, 1970. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.